FILED
 2015 Aug-12  AM 09:49
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL DAVID FLEMING,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 5:15-cv-00285-CLS |
| ) | |
| **DARPA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

On February 18, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS the recommendations. Accordingly, it is ORDERED, ADJUDGED and DECREED that this action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). It is further ORDERED that plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is DENIED.

DONE and ORDERED this 12th day of August, 2015.

_____
United States District Judge